**Opinion issued December 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00751-CV

————————————

## IN RE TYRONE RICHARD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

Relator, Tyrone Richard, has filed a petition for writ of mandamus, seeking a response to a motion that he filed. Relator's petition for writ of mandamus is denied.

---

[1] The underlying case is *The State of Texas v. Approximately $3,698.00*, cause number 2012-13937, pending in the 269th District Court of Harris County, Texas, the Honorable Dan Hinde presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and JusticFes Jennings and Bland.